1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  MICHELE RENEE MALDONADO, | Case No.  1:25-cv-00897-SAB |
| 12       Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO |
| 13  v. | PROCEED WITHOUT PREPAYMENT OF FEES |
| 14  COMMISSIONER OF SOCIAL SECURITY, | |
| 15       Defendant. | (ECF No. 2) |
| | **TWENTY-ONE DAY DEADLINE** |

16

17      Plaintiff Michele Renee Maldonado filed a complaint on July 23, 2025, seeking judicial

18  review of a final decision of the Commissioner of Social Security denying his application for

19  disability benefits.  Plaintiff did not pay the filing fee in this action and instead filed an

20  application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However,

21  the Court is unable to determine from the information provided in the application whether

22  Plaintiff is entitled to proceed in this action without prepayment of fees.

23      Therefore, Plaintiff shall complete and file an Application to Proceed in District Court

24  Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete

25  and submit the long form application, Plaintiff must pay the filing fee in full.

26      Accordingly, IT IS HEREBY ORDERED that:

27      1.      The Clerk of the Court is directed to forward an *in forma pauperis* application

28              (Long Form) to Plaintiff;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.    Within **twenty one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and

3.    If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  __**July 24, 2025**__                  _____

STANLEY A. BOONE
United States Magistrate Judge

2