1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| MICHELE RENEE MALDONADO, | Case No. 1:25-cv-00897-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF Nos. 2, 4) |

17 Plaintiff filed a complaint on July 23, 2025, challenging a final decision of the

18 Commissioner of Social Security denying an application for disability benefits. Plaintiff did not

19 pay the filing fee in this action and instead filed an application to proceed *in forma pauperis*

20 pursuant to 28 U.S.C. § 1915. (ECF No. 2.)  From that application, the Court was unable to

21 discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff

22 to file a long form application. (ECF No. 3.)  Plaintiff has timely complied (ECF No. 4), and the

23 Court is able to conduct its analysis.

24 The Court finds Plaintiff's application demonstrates entitlement to proceed without

25 prepayment of fees.  Therefore, the Court shall order that the complaint in this action be served,

26 pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that

27 service on the Defendant shall proceed under the Court's e-service program.

28 / / /

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.    Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4) is

3              GRANTED;

4        2.    The Clerk of the Court is DIRECTED to issue a summons and new case

5              documents; and

6        3.    The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social

7              Security Administration and the United States Attorney's Office at their

8              designated email addresses, a notice of electronic filing of this action along with

9              the summons and complaint.

10

IT IS SO ORDERED.

11

12   Dated:    **August 1, 2025**

STANLEY A. BOONE
13                                                   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2