# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00897-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 16) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through December 17, 2025, to file a responsive brief. The scheduling order (ECF No. 7) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **October 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge